### UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ILLINOIS

**JULIE BLANCHARD,**

     **Plaintiffs,**

**v.**

**CASH PRO, INC.,**

     **Defendants.**               **No. 15-cv-1017-DRH**

### JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 19, 2015, (Doc. 7) this case is **DISMISSED** with prejudice.

               **JUSTINE FLANAGAN,**
               **ACTING CLERK OF COURT**

               **BY:**_____/s/*Caitlin Fischer*_____
                         **Deputy Clerk**

Dated:  December 22, 2015

Digitally signed by
Judge David R.
Herndon
Date: 2015.12.22
12:46:11 -06'00'

APPROVED:
       U. S. DISTRICT JUDGE